Sealed

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

UNITED STATES OF AMERICA          :

       - v -                                      :        INFORMATION

EDWIN GONZALEZ, a/k/a "King Hostile,"   :        07 Cr. 272 (SCR)

       Defendant.                         :
------------------------------------------------------------ x

## COUNT ONE

The United States Attorney Charges:

### The Enterprise

1.    At various times relevant to this Information, EDWIN GONZALEZ, a/k/a "King Hostile," the defendant, and others known and unknown, were members and associates of the New York Chapter of the Almighty Latin King Queen Nation ("the Latin Kings"), a criminal organization the members and associates of which engaged in acts of violence, including murder, robbery, assaults and narcotics distribution. The enterprise operated principally in New York City, as well as in, among other places, Westchester, Rockland, and Orange Counties in the Southern District of New York.

2.    The Latin Kings, including its membership and associates, constituted an "enterprise," as defined by Title 18, United States Code, Section 1961(4) (hereinafter the "Latin Kings" or "the enterprise"), that is, a group of individuals associated in fact. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise. This enterprise was engaged in and its activities affected, interstate and foreign commerce.

### Background and History of the Latin Kings

3.      According to its own printed history, the national organization of the Latin Kings was founded in approximately 1945 in Chicago, Illinois. The national organization has chapters in several states, including Illinois, Connecticut, Florida, Massachusetts, and New York. The New York Chapter of the Latin Kings was founded in 1986 in the Collins Correctional Facility, a New York State prison facility. Since that time, it has grown substantially, and there are Latin Kings members in numerous New York State correctional facilities, as well as throughout the New York Metropolitan region, including Westchester, Rockland, and Orange Counties.

4.      Upon entry to the Latin Kings, members take a name of their choosing, preceded by the honorific "King." The Latin Kings' emblem is a five-point crown.

5.      The leaders of the Latin Kings are called "Supreme Crowns" or "Supremes." There are five Supreme Crowns of New York State; the First Supreme Crown is the highest-ranking and the Fifth Supreme Crown is the lowest-ranking of the five. Certain Supreme Crowns carry titles that related to their duties and responsibilities within the Latin Kings, such as "Prince," "Warlord," "Treasurer," and "Crown Advisor." Generally, each chapter is also controlled and directed by a leadership of five Crowns, collectively referred to as the "Crown Structure."

6.      The Latin Kings have a constitution, a "manifesto" and a set of "lessons," or rules of conduct. A member's failure to adhere to the provisions of the constitution, manifesto or lessons, or to obey any of the other rules of the Latin Kings, may lead to disciplinary proceedings

against him or her. The punishment that a Latin King may receive for violation of the enterprise's commandments may include:

    a.    Suspension from the enterprise and the payment of a fine;

    b.    a "B.O.S." which stands for a "Beating on Sight," administered by Latin Kings members; or

    c.    a "T.O.S.," which stands for a Termination on Sight," i.e., assassination, carried out by Latin Kings members.

### Purposes of the Enterprise

7.    The purposes of the enterprise included the following:

    a.    Preserving and enriching Latino culture.

    b.    Providing economic and social support to the Latino community.

    c.    Preserving and protecting the power of the enterprise, its members and associates through the use of intimidation, threats of violence and violence, including murder.

    d.    Promoting and enhancing the enterprise and its members' and associates' activities, through the commission of, among other things, assaults and the distribution of narcotics.

    e.    Increasing the membership of the enterprise.

### The Means and Methods of the Enterprise

8. Among the means and methods employed by the members and associates in conducting and participating in the conduct of the affairs of the enterprise are the following:

    a. The members and their associates would and did conspire to commit, attempt to commit, threaten to commit, commit and solicit the commission of acts of violence, including murder and assaults;

    b. The members and their associates met regularly to discuss and further the affairs of the enterprise;

    c. The members and their associates maintained various collections of weapons for use in the enterprise's criminal activities;

    d. The members and their associates would and did travel in and use facilities in interstate commerce in aid of their racketeering activities;

    e. The members and their associates would and did compel and collect payments of dues from members of the Latin Kings; and

    f. The members and their associates would and did distribute narcotics, including cocaine and crack cocaine.

### The Racketeering Violation

9. From in or about 1996 through in or about 2001, in the Southern District of New York and elsewhere, EDWIN GONZALEZ, a/k/a "King Hostile," the defendant, together with others, being persons employed by and associated with the Latin Kings, unlawfully, willfully and knowingly conducted and participated, directly and indirectly, in the conduct of the affairs of the enterprise, that is an enterprise engaged in, and the activities of which affected, interstate and foreign

commerce, through a pattern of racketeering activity, as defined by Title 18, United States Code, Sections 1961(1) and (5).

### The Pattern Of Racketeering Activity

10. The pattern of racketeering activity, as defined in Title 18 United States Code, Sections 1961(1) and (5), consisted of the following acts:

### Racketeering Act One:
### Narcotics Conspiracy

11. From in or about 1996, through and including on or about 2001, in the Southern District of New York, EDWIN GONZALEZ, a/k/a "King Hostile," the defendant, and others known and unknown, unlawfully, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

12. It was a part and an object of the conspiracy that the defendant, EDWIN GONZALEZ, a/k/a "King Hostile," and others known and unknown, would and did distribute and possess with intent to distribute 50 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

13. It was a further object of the conspiracy that the defendant, EDWIN GONZALEZ, a/k/a "King Hostile," and others known and unknown, would and did distribute and possess with intent to distribute 500 grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(B) of Title 21, United States Code.

14. It was a further object of the conspiracy that the defendant, EDWIN GONZALEZ, a/k/a "King Hostile," and others known and unknown, would and did distribute and possess with intent to distribute 100 grams and more of mixtures and substances containing a detectable amount of heroin, in violation of Sections 812, 841(a)(1) and 841(b)(1)(B) of Title 21, United States Code.

15. It was a further object of the conspiracy that the defendant, EDWIN GONZALEZ, a/k/a "King Hostile," and others known and unknown, would and did distribute and possess with intent to distribute methylenedioxymethamphetamine, also known as "MDMA" or "ecstasy," in violation of Sections 812, 841(a)(1) and 841(b)(1)(C) of Title 21, United States Code.

16. It was a further object of the conspiracy that the defendant, EDWIN GONZALEZ, a/k/a "King Hostile," and others known and unknown, would and did distribute and possess with intent to distribute mixtures and substances containing a detectable amount of marijuana, in violation of Sections 812, 841(a)(1) and 841(b)(1)(C) of Title 21, United States Code.

Racketeering Act Two:
Conspiracy to Murder

17. In or about December 2000, in the Southern District of New York and elsewhere, EDWIN GONZALEZ, a/k/a "King Hostile," the defendant, and others known and unknown, unlawfully, willfully, and knowingly conspired to murder members of a rival street gang in Newburgh, New York, the "Le Emme," in violation of New York Penal Law Sections 105.15 and 125.25, in that, with the intent to cause the death of the rival gang members, GONZALEZ agreed with one or more persons to engage in or cause the performance of such murder.

### Racketeering Act Three:
### Conspiracy to Murder

18. In or about the Winter of 2000, in the Southern District of New York and elsewhere, EDWIN GONZALEZ, a/k/a "King Hostile," the defendant, and others known and unknown, unlawfully, willfully, and knowingly conspired to murder an individual known by the name of "Gydi," in violation of New York Penal Law Sections 105.15 and 125.25, in that, with the intent to cause the death of Gydi, GONZALEZ agreed with one or more persons to engage in or cause the performance of such murder.

Racketeering Act Four:
Conspiracy to Murder

19.     In or about 2001, in the Southern District of New York and elsewhere, EDWIN GONZALEZ, a/k/a "King Hostile," the defendant, and others known and unknown, unlawfully, willfully, and knowingly conspired to murder an individual known by the name of "King Majesty," in violation of New York Penal Law Sections 105.15 and 125.25, in that, with the intent to cause the death of King Majesty, GONZALEZ agreed with one or more persons to engage in or cause the performance of such murder.

Racketeering Act Five:
Conspiracy to Murder

20.     In or about June 2001, in the Southern District of New York and elsewhere, EDWIN GONZALEZ, a/k/a "King Hostile," the defendant, and others known and unknown, unlawfully, willfully, and knowingly conspired to murder an individual known by the name of "King Nelson," in violation of New York Penal Law Sections 105.15 and 125.25, in that, with the intent to cause the death of King Nelson, GONZALEZ agreed with one or more persons to engage in or cause the performance of such murder.

Racketeering Act Six:
Conspiracy to Murder

21.     In or about January 2001, in the Southern District of New York and elsewhere, EDWIN GONZALEZ, a/k/a "King Hostile," the defendant, and others known and unknown, unlawfully, willfully, and knowingly conspired to murder an individual known by the name of "Joel," in violation of New York Penal Law Sections 105.15 and 125.25, in that, with the intent to

cause the death of Joel, GONZALEZ agreed with one or more persons to engage in or cause the performance of such murder.

### Racketeering Act Seven:
### Armed Robbery

22. In or about 2000, in the Southern District of New York and elsewhere, EDWIN GONZALEZ, a/k/a "King Hostile," the defendant, unlawfully, willfully and knowingly attempted to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and thereby obstructed, delayed and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, GONZALEZ and others used a gun to rob a gas station in Beacon, New York.

(Title 18, United States Code, Sections 1961 and 1962(c).)

### COUNT TWO

The United States Attorney further charges:

23. The Latin Kings, as described in Paragraphs 1 through 8 of Count One of this Information, which are realleged and incorporated by reference as though fully set forth herein, constituted an enterprise as that term is defined in Title 18, United States Code, Section 1959(b)(2), that is, an association in fact of individuals engaged in, and the activities of which affected, interstate and foreign commerce.

24. The Latin Kings, through its members and associates, engaged in racketeering activity as that term is defined in Title 18, United States Code, Sections 1961(1) and 1959(b)(1), that is, acts involving murder conspiracy to murder, and robbery, in violation of state law, and narcotics trafficking, in violation of Title 21, United States Code, Sections 812, 841 and 846.

9

25. In or about April 1998, in the Southern District of New York, for the purpose of maintaining and increasing his position in the Latin Kings, an enterprise engaged in racketeering activity, EDWIN GONZALEZ, a/k/a "King Hostile," the defendant, and others known and unknown, unlawfully, willfully, and knowingly kidnaped an individual known by the name of "Jesse," in Beacon, New York, in violation of New York Penal Law Section 135.25(2).

(Title 18, United States Code, Sections 1959(a)(1) and 2.)

### COUNT THREE

The United States Attorney further charges:

26. Paragraphs 23 and 24 of Count Two of this Information are realleged and incorporated by reference as though fully set forth herein.

27. In or about the Winter of 2001, in the Southern District of New York, for the purpose of maintaining and increasing his position in the Latin Kings, an enterprise engaged in racketeering activity, EDWIN GONZALEZ, a/k/a "King Hostile," the defendant, and others known and unknown, unlawfully, willfully, and knowingly committed an assault resulting in serious bodily injury, to wit, an individual known by the name "King Billy" in Ossining, New York, in violation of New York Penal Law Sections 120.05 and 120.06.

(Title 18, United States Code, Sections 1959(a)(3) and 2.)

## COUNT FOUR

The United States Attorney further charges:

28. Paragraphs 23 and 24 of Count Two of this Information are realleged and incorporated by reference as though fully set forth herein.

29. In or about January 2001, in the Southern District of New York, for the purpose of maintaining and increasing his position in the Latin Kings, an enterprise engaged in racketeering activity, EDWIN GONZALEZ, a/k/a "King Hostile," the defendant, and others known and unknown, unlawfully, willfully, and knowingly committed an assault resulting in serious bodily injury, to wit, an individual known by the name of "Abbey" in Ossining, New York, in violation of New York Penal Law Sections 120.05 and 120.06.

(Title 18, United States Code, Sections 1959(a)(3) and 2.)

## COUNT FIVE

The United States Attorney further charges:

30. In or about 2000, in the Southern District of New York, EDWIN GONZALEZ, a/k/a "King Hostile," the defendant, and others known and unknown, unlawfully, willfully and knowingly committed robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and thereby obstructed, delayed and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, GONZALEZ and others used a gun to rob a gas station in Beacon, New York.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT SIX

The United States Attorney further charges:

31. In or about 2000, in the Southern District of New York, EDWIN GONZALEZ, a/k/a "King Hostile," the defendant, and others known and unknown, unlawfully, willfully, and knowingly, did use, carry and brandish a firearm, to wit, a .25 caliber firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, and did possess the firearm in furtherance of the crime of violence, to wit, GONZALEZ brandished a gun during and in relation to, and in furtherance of, the robbery crime charged in Count One, Racketeering Act ~~Three, and Count~~ Seven of this Information.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.)

## COUNT SEVEN

The United States Attorney further charges:

32. In or about late 2000, in the Southern District of New York and elsewhere, EDWIN GONZALEZ, a/k/a "King Hostile," the defendant, unlawfully, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud and for obtaining money by means of false and fraudulent pretenses, representations and promises, for the purpose of executing such scheme and artifice and attempting to do so, did cause to be delivered by mail and private and commercial interstate carrier according to the directions thereon, matters and things, to wit, GONZALEZ mailed a claim to an insurance company, falsely stating that a family member's 1996 Nissan automobile had been stolen.

(Title 18, United States Code, Sections 1341 and 2.)

12

## COUNT EIGHT

The United States Attorney further charges:

33.  In or about late 2000, in the Southern District of New York and elsewhere, EDWIN GONZALEZ, a/k/a "King Hostile," the defendant, unlawfully, willfully and knowingly, transported, transmitted, and transferred in interstate commerce goods, wares, and merchandise of the value of $5,000 and more, knowing the same to have been stolen, converted, and taken by fraud, to wit, GONZALEZ drove a stolen car from Virginia to New York.

(Title 18, United States Code, Sections 2314 and 2.)

*/s/ Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

13